Official Form 1 (04/10)

| United States Bankruptcy Court | Voluntary Petition |
|---|---|
| NORTHERN DISTRICT OF ILLINOIS | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| McCarthy, Michael T. | McCarthy, Sheila A. |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| dba McCarthy Builders, Inc. | NONE |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): 7883 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) Complete EIN (if more than one, state all): 7065 |
|---|---|

| Street Address of Debtor (No. and Street, City, and State): 2003 Hitchcock Ave Lisle IL | ZIPCODE 60532 | Street Address of Joint Debtor (No. and Street, City, and State): 2003 Hitchcock Ave Lisle IL | ZIPCODE 60532 |
|---|---|---|---|

| County of Residence or of the Principal Place of Business: DuPage | County of Residence or of the Principal Place of Business: DuPage |
|---|---|

| Mailing Address of Debtor (if different from street address): SAME | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): SAME | ZIPCODE |
|---|---|---|---|

| Location of Principal Assets of Business Debtor (if different from street address above): NOT APPLICABLE | ZIPCODE |
|---|---|

**Type of Debtor** (Form of organization)

(Check **one** box.)

- [X] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**

(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**

(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [X] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [ ] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:

- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:

- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offici al Form 3B.

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (04/10)                                                                                           FORM B1, Page   2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Michael T. McCarthy  and**<br>**Sheila A. McCarthy** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**    (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:<br>**NONE** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**    (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition</td>
<td><b>Exhibit B</b><br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X   <i>/s/ James Schelli, Jr.</i>                    <i>8/24/2010</i><br>      Signature of Attorney for Debtor(s)                    Date</td>
</tr>
</table>

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐  Yes, and exhibit C is attached and made a part of this petition.<br>☒  No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☒  Exhibit D completed and signed by the debtor is attached and made part of this petition.<br>If this is a joint petition:<br>☒  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** |
|---|
| (Check any applicable box)<br><br>☒  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| (Check all applicable boxes.)<br><br>☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br><br>    (Name of landlord that obtained judgment)<br><br><br>    (Address of landlord)<br><br>☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

Official Form 1 (04/10)                                                                        FORM B1, Page  3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | *Michael T. McCarthy  and* <br> *Sheila A. McCarthy* |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Michael T. McCarthy*
_____
   Signature of Debtor

X */s/ Sheila A. McCarthy*
_____
   Signature of Joint Debtor

_____
   Telephone Number (if not represented by attorney)

*8/24/2010*
_____
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
   (Signature of Foreign Representative)

_____
   (Printed name of Foreign Representative)

*8/24/2010*
_____
   (Date)

---

**Signature of Attorney***

X */s/ James Schelli, Jr.*
_____
   Signature of Attorney for Debtor(s)

*James Schelli, Jr. 6188903*
_____
   Printed Name of Attorney for Debtor(s)

*WEBSTER & SCHELLI, P.C.*
_____
   Firm Name

*1730 Park Street, Suite 220*
_____
   Address

*Naperville IL  60563*
_____

*630.416.4500*
_____
   Telephone Number

*8/24/2010*
_____
   Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
   Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
   Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
   Address

X _____

_____
   Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
   Signature of Authorized Individual

_____
   Printed Name of Authorized Individual

_____
   Title of Authorized Individual

*8/24/2010*
_____
   Date

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DIVISION

In re **Michael T. McCarthy**
    **and**
    **Sheila A. McCarthy**

Case No. 

(if known)

_____
                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days   **before the filing of my bankruptcy case,**   I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

    If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency
so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after
reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5.  The United States trustee or bankruptcy administrator has determined that the credit counseling requirement
of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Michael T. McCarthy*

Date:    *8/24/2010*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *Michael T. McCarthy*                                    Case No.
      *and*                                                    Chapter   7
      *Sheila A. McCarthy*

_____

                              **Debtor(s)**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒     1. Within the 180 days   **before the filing of my bankruptcy case,**     I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.   *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐     2. Within the 180 days   **before the filing of my bankruptcy case,**     I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐     3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

   If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.

☐    4.  I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

        ☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

        ☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

        ☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Sheila A. McCarthy*

Date:    *8/24/2010*

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re    *Michael T. McCarthy*                                    Case No.
         *dba McCarthy Builders, Inc.*                            Chapter  *7*
             *and*
         *Sheila A. McCarthy*

_____ / Debtor

Attorney for Debtor:   *James Schelli, Jr.*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.  The undersigned is the attorney for the debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
    a)  For legal services rendered or to be rendered in contemplation of and in
        connection with this case . . . . . . . . . . . . . . . . . . . . . . . . $_____*3,500.00*
    b)  Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . . $_____*1,031.00*
    c)  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . $_____*2,469.00*

3.  $ _____*299.00*_____ of the filing fee in this case has been paid.

4.  The Services rendered or to be rendered include the following:
    a)  Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
        file a petition under title 11 of the United States Code.
    b)  Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
        court.
    c)  Representation of the debtor(s) at the meeting of creditors.

5.  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
    services performed, and
        *None other*

6.  The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
    be from earnings, wages and compensation for services performed, and
        *None other*

7.  The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
    the value stated:
        *None*

8.  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
    law firm, any compensation paid or to be paid except as follows:
        *None*

Dated: *8/24/2010*                         Respectfully submitted,


                              X */s/ James Schelli, Jr.* _____
            Attorney for Petitioner: *James Schelli, Jr.*
                              *WEBSTER & SCHELLI, P.C.*
                              *1730 Park Street, Suite 220*
                              *Naperville IL  60563*

                              *630.416.4500*

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. § 341

INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of

    (1)  the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
    (2)  the effect of receiving a discharge of debts;
    (3)  the effect of reaffirming a debt; and
    (4)  your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every six (6) years.

WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed bankruptcy.

WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of creditors.

Reaffirmation agreements are strictly voluntary - they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtors' farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,077,000 ($269,250 in unsecured debts and $807,750 in secured debts).

AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| _8/24/2010_ | _/s/Michael T. McCarthy_ | _/s/Sheila A. McCarthy_ |
|---|---|---|
| Date | Debtor | Joint Debtor |
| _8/24/2010_ | _/s/James Schelli, Jr._ | |
| Date | Attorney for Debtor(s) | |

FORM B6A (Official Form 6A) (12/07)

In re  **Michael T. McCarthy   and Sheila A. McCarthy** _____ ,        Case No._____
                        Debtor(s)                                                                    (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Personal residence built in 2002 by McCarthy Builders. Purchased by the Debtors in 2003 for $900,000. Current fair market value estimated to be $650,000. Mortgage debt of $865,000. | Fee Simple | J | $ 650,000.00 | $ 650,000.00 |
| No continuation sheets attached | | **TOTAL $** (Report also on Summary of Schedules.) | **650,000.00** | |

B6B (Official Form 6B) (12/07)

In re **Michael T. McCarthy  and Sheila A. McCarthy** ,    Case No. _____
Debtor(s)                                                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash on hand*<br>*Location: In debtor's possession* | J | $ 25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking account at Park National bank*<br>*Location: In debtor's possession* | J | $ 25.00 |
| | | *Savings account at Park National*<br>*Location: In debtor's possession* | J | $ 1.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *Misc. household goods and furnishings*<br>*Location: In debtor's possession* | J | $ 2,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | *Necessary wearing apparel*<br>*Location: In debtor's possession* | J | $ 800.00 |
| 7.  Furs and jewelry. | | *Engagement ring, wedding bands, anniversary ring, wristwatches and misc. costume jewelry*<br>*Location: In debtor's possession* | J | $ 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | | *4 dirt bikes, all 5 or more yeasrs old.*<br>*Location: In debtor's possession* | J | $ 1,000.00 |

B6B (Official Form 6B) (12/07)

In re __Michael T. McCarthy  and Sheila A. McCarthy_____,    Case No. _____
　　　　　　　　　Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | *Term life insurance policy insuring the life of the Co-Debtor with a death benefit of $100,000 and no cash surrender value. Beneficiaries are husband and children. Location: In debtor's possession* | W | $ 0.00 |
| | | *Term life insurance policy insuring the life of the Debtor with a death benefit of $230,000 and no cash surrender value. Beneficiaries are wife and children. Location: In debtor's possession* | H | $ 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | | *Section 529 plans (2) held for the benefit of the Debtors' children Location: In debtor's possession* | J | $ 9,000.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | *IRA with Sun America Location: In debtor's possession* | W | $ 2,000.00 |
| | | *IRA with Sun America Location: In debtor's possession* | H | $ 2,000.00 |
| | | *Pension plan with the Teachers Union Location: In debtor's possession* | W | $ 30,000.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | *100% ownership of McCarthy Builders, Inc. McCatrthy Builders, Inc. is currently inactive.  It had previously acted as the general contractor building and remodeling homes.  The company's assets, some office equipment, brooms, ladders, small tools valued at $_____ and liabilities owed of $_____ . Location: In debtor's possession* | J | $ 0.00 |

In re **Michael T. McCarthy and Sheila A. McCarthy**_____,    Case No. _____
                        Debtor(s)                                                                              (if known)

## SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2000 Chrysler Sebring JX Convertible with 117,000 miles in fair condition* *Location: In debtor's possession* | J | $ 950.00 |
| | | *2001 Jeep Cherokee with 85,000 miles in fair condition* *Location: In debtor's possession* | J | $ 2,350.00 |
| | | *2004 Ford Expedition with 140,000 miles in fair condition* *Location: In debtor's possession* | J | $ 4,625.00 |

B6B (Official Form 6B) (12/07)

In re **Michael T. McCarthy   and Sheila A. McCarthy** _____ ,    Case No. _____
                    Debtor(s)                                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **Total** ➤ | $ 56,276.00 |

(Report total also on Summary of Schedules.)
Include amounts from any continuation sheets attached.

Page ___4___ of ___4___

In re **Michael T. McCarthy  and Sheila A. McCarthy**                    ,      Case No. _____

_____
Debtor(s)                                                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Personal residence built in 2002 by McCarthy Builders.* | *735 ILCS 5/12-901* | *$ 30,000.00* | *$ 650,000.00* |
| *Cash on hand* | *735 ILCS 5/12-1001(b)* | *$ 25.00* | *$ 25.00* |
| *Checking account at Park National bank* | *735 ILCS 5/12-1001(b)* | *$ 25.00* | *$ 25.00* |
| *Savings account at Park National* | *735 ILCS 5/12-1001(b)* | *$ 1.00* | *$ 1.00* |
| *Misc. household goods and furnishings* | *735 ILCS 5/12-1001(b)* | *$ 2,500.00* | *$ 2,500.00* |
| *Necessary wearing apparel* | *735 ILCS 5/12-1001(a)* | *$ 800.00* | *$ 800.00* |
| *Engagement ring, wedding bands, anniversary ring, wristwatches* | *735 ILCS 5/12-1001(b)* | *$ 1,000.00* | *$ 1,000.00* |
| *4 dirt bikes, all 5 or more yeasrs old.* | *735 ILCS 5/12-1001(b)* | *$ 1,000.00* | *$ 1,000.00* |
| *Term life insurance policy insuring the life of the Co-Debtor* | *735 ILCS 5/12-1001(f)* | *$ 0.00* | *$ 0.00* |
| *Term life insurance policy with a death benefit of* | *735 ILCS 5/12-1001(f)* | *$ 0.00* | *$ 0.00* |
| *Section 529 plans* | *15 ILCS 505/16.5* | *$ 9,000.00* | *$ 9,000.00* |
| *IRA with Sun America* | *735 ILCS 5/12-1006* | *$ 2,000.00* | *$ 2,000.00* |

Page No.   1   of   2

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6C (Official Form 6C) (04/10)

In re **Michael T. McCarthy  and Sheila A. McCarthy**                    ,        Case No. _____

‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

Debtor(s)                                                                        (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| IRA with Sun America | 735 ILCS 5/12-1006 | $ 2,000.00 | $ 2,000.00 |
| Pension plan with the Teachers Union | 40 ILCS 5/16-190 | $ 30,000.00 | $ 30,000.00 |
| 2000 Chrysler Sebring JX Convertible | 735 ILCS 5/12-1001(c) | $ 950.00 | $ 950.00 |
| 2001 Jeep Cherokee with 85,000 miles in fair condition | 735 ILCS 5/12-1001(c) | $ 2,350.00 | $ 2,350.00 |
| 2004 Ford Expedition with 140,000 miles in fair condition | 735 ILCS 5/12-1001(b) | $ 0.00 | $ 4,625.00 |

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re _Michael T. McCarthy  and Sheila A. McCarthy_                    ,    Case No. _____
            **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien | H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|---|
| Account No: *2914*<br><br>*Creditor # : 1*<br>*Bac Home Loans Servicing*<br>*450 American St*<br>*Simi Valley CA 93065* | J | *2004-06-29*<br>*Mortgage*<br><br><br><br>Value: *$ 650,000.00* | | | | | $ 433,703.00 | $ 0.00 |
| Account No: *2914*<br><br>*Representing:*<br>*Bac Home Loans Servicing* | | *Noonan & Lieberman*<br>*Suite 1100*<br>*105 W. Adams*<br>*Chicago IL 60603*<br><br>Value: | | | | | | |
| Account No: *6499*<br><br>*Creditor # : 2*<br>*Bank Of America*<br>*4161 Piedmont Pkwy*<br>*Greensboro NC 27410* | J | *2005-01-29*<br>*Mortgage*<br><br><br><br>Value: *$ 650,000.00* | | | | | $ 431,558.00 | $ 215,261.00 |

_1_   continuation sheets attached

|  | Subtotal $<br>(Total of this page) | $ 865,261.00 | $ 215,261.00 |
|---|---|---|---|
|  | Total $<br>(Use only on last page) | | |
|  | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6D (Official Form 6D) (12/07)   - Cont.

In re **Michael T. McCarthy  and Sheila A. McCarthy** ,   Case No._____
  **Debtor(s)**   **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: **6499** *Representing:* **Bank Of America** | | **Bank of America P.O. Box 21848 Greensboro NC 27420**  Value: | | | | | |
| Account No: **6886** **Creditor # : 3 Ford Credit P.O. Box 542000 Omaha NE 68154** | J | **2004-10-15 Purchase Money Security**  Value: **$ 4,625.00** | | | | **$ 8,804.00** | **$ 4,179.00** |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |
| Account No: | | Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

|  |  |  |
|---|---|---|
| **Subtotal $** (Total of this page) | **$ 8,804.00** | **$ 4,179.00** |
| **Total $** (Use only on last page) | **$ 874,065.00** | **$ 219,440.00** |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

B6E (Official Form 6E) (04/10)

In re Michael T. McCarthy  and Sheila A. McCarthy                    ,    Case No._____
                    **Debtor(s)**                                                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☒ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_2_  **continuation sheets attached**

**Official Form 6E (04/10) – Cont.**

In re <u>Michael T. McCarthy  and Sheila A. McCarthy</u> ,   Case No._____

**Debtor(s)**   (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Wages, salaries, and commissions*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No: *2275* | X | J | *6/2009* Wages Disputed corporate debt, incorrectly filed against the Debtor indvidually | | | X | $ *31,408.00* | $ *11,725.00* | $ *19,683.00* |
| *Creditor # : 1 Tracy Giinac 2027 Canyon Creek Drive Aurora IL 60503* | | | | | | | | | |
| Account No: | | | | | | | | | |
| *Representing: Tracy Giinac* | | | *Office of The Attorney General Attn: Sandy Sobenes 100 West Randolph Street Chicago IL 60601* | | | | | | |
| Account No: | | | | | | | | | |
| *Representing: Tracy Giinac* | | | *Illinois Department of Labor 160 North LaSalle Suite C-1300 Chicago IL 60601* | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. __1__ of __2__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | *31,408.00* | 11,725.00 | 19,683.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | |

**Official Form 6E (04/10) - Cont.**

In re <u>Michael T. McCarthy  and Sheila A. McCarthy</u> ,          Case No._____
          **Debtor(s)**                                                      **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred and Consideration for Claim | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| Account No:  *Creditor # : 2 Internal Revenue Service District Director P.O. Box 745 Chicago IL 60690* | X | J | *FUTA* | X | | | *Unknown* | *$ 0.00* | |
| Account No:  *Representing: Internal Revenue Service* | | | *Internal Revenue Service P.O. Box 21126 Philadelphia PA 19114* | | | | | | |
| Account No:  *Representing: Internal Revenue Service* | | | *Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago IL 60604* | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _2_ of _2_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | | |
| Total $ (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *31,408.00* | |
| Total $ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | *11,725.00* | *19,683.00* |

B6F (Official Form 6F) (12/07)

In re _Michael T. McCarthy  and Sheila A. McCarthy_____ ,        Case No._____
   **Debtor(s)**                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.   R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 1 <br> *Alexander Lumber Co.* <br> *515 Redwood Drive* <br> *Aurora IL 60506* | X | H | *2009* <br> *Possible liability from Corp debt* | X | | | *$ 30,081.29* |
| Account No: <br> Creditor # : 2 <br> *Any Time Heating & A/C* <br> *c/o Hoscheit McGuirk, et al.* <br> *1001 East Main St. Ste G* <br> *Saint Charles IL 60174* | X | H | *2007* <br> *Possible liability from Corp debt* | X | X | | *$ 10,185.00* |
| Account No: <br> *Representing:* <br> *Any Time Heating & A/C* | | | *Hoscheit McGuirk et al.* <br> *1001 East Maint Street* <br> *Suite G* <br> *Saint Charles IL 60174* | | | | |
| Account No:   *0726* <br> Creditor # : 3 <br> *Arron & Elise Reible* <br> *c/o Patrick W. Walsh* <br> *625 Plainfield Rd. #330* <br> *Willowbrook IL 60527* | X | H | *3/2010* <br> *Possible liability from Corp debt* | | X | | *Unknown* |

*11* continuation sheets attached

Subtotal $     *$ 40,266.29*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Michael T. McCarthy  and Sheila A. McCarthy_____ ,        Case No._____

**Debtor(s)**                                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br> Creditor # : 4 <br> AT&T <br> P.O. Box 9001310 <br> Louisville KY 40290 | | H | 2009 <br> Possible Guarantee of Corp. debt | X | X | | $ 593.20 |
| Account No: <br><br> Creditor # : 5 <br> AT&T Mobility <br> P.O. Box 6428 <br> Carol Stream IL 60197 | X | H | 2009 <br> Possible liability from Corp debt | X | X | | $ 330.99 |
| Account No: <br><br> Creditor # : 6 <br> Autumn Green Landscaping <br> 39W124 Keslinger Road <br> Geneva IL 60134 | | H | 2007 <br> Possible liability from Corp debt | X | X | | $ 28,523.00 |
| Account No: <br><br> Creditor # : 7 <br> BlueCross BlueShield of IL <br> 300 East Randolph <br> Chicago IL 60601 | X | H | 2009 <br> Possible liability from Corp debt | X | X | | $ 2,202.80 |
| Account No: <br><br> Creditor # : 8 <br> Bradley Enterprises <br> 4050A Wolf's Crossing <br> Oswego IL 60543 | X | H | 2008 <br> Possible liability from Corp debt | X | X | | $ 9,425.00 |
| Account No: <br><br> Creditor # : 9 <br> Byron Jones <br> 2254 Hudson Circle <br> Aurora IL 60504 | X | H | 12/2008 <br> Possible liability from Corp debt | | | | Unknown |

Sheet No. _1_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 41,074.99

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re  *Michael T. McCarthy  and Sheila A. McCarthy*                    ,          Case No. _____

**Debtor(s)**                                                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    *1964* <br><br> *Creditor # : 10* <br> *Capital One, N.A.* <br> *2730 Liberty Ave* <br> *Pittsburgh PA 15222* | | W | *2009-01-02* <br> *Credit Card Purchases* | | | | $ 549.00 |
| Account No:    *1964* <br><br> *Representing:* <br> *Capital One, N.A.* | | | *Capital One Services, LLC* <br> *P.O. Box 85619* <br> *Richmond VA 23285* | | | | |
| Account No:    *1964* <br><br> *Representing:* <br> *Capital One, N.A.* | | | *Capital One Healthcare Financ.* <br> *P.O. Box 30273* <br> *Salt Lake City UT 84130* | | | | |
| Account No:    *6966* <br><br> *Creditor # : 11* <br> *Chase MasterCard* <br> *P.O. Box 15153* <br> *Wilmington DE 19886* | | J | *Credit Card Purchases* | | | | $ 11,238.64 |
| Account No:    *8025* <br><br> *Creditor # : 12* <br> *Citi* <br> *P.O. Box 6241* <br> *Sioux Falls SD 57117* | | W | *1998-12-01* <br> *Credit Card Purchases* | | | | $ 28,522.00 |
| Account No:    *8025* <br><br> *Representing:* <br> *Citi* | | | *Citi* <br> *Box 6000* <br> *The Lakes NV 89163-6000* | | | | |

Sheet No.   *2*  of   *11*  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 40,309.64

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Michael T. McCarthy   and Sheila A. McCarthy_____ ,   Case No. _____
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *8025*  <br> *Representing:* <br> *Citi* | | | *Citi* <br> *Box 6000* <br> *The Lakes NV 89163-6000* | | | | |
| Account No:   *8025*  <br> *Representing:* <br> *Citi* | | | *Blatt, Hasenmiller, et al.* <br> *125 South Wacker Dr. #400* <br> *Chicago IL 60606* | | | | |
| Account No: <br> *Creditor # : 13* <br> *Donegal Excavation* <br> *4240 Lacey Road* <br> *Downers Grove IL 60515* | X | H | *2009* <br> *Possible liability from Corp debt* | X | X | | $ 5,934.00 |
| Account No: <br> *Creditor # : 14* <br> *Energy Savings Insulation, Inc* <br> *6817 Hobson Valley Drive* <br> *Unit 112* <br> *Woodridge IL 60517* | X | H | *2008* <br> *Possible liability from Corp debt* | X | X | | $ 13,695.00 |
| Account No: <br> *Creditor # : 15* <br> *Esser Hayes* <br> *P.O. Box 2830* <br> *Naperville IL 60567* | X | H | *2007* <br> *Possible liability from Corp debt* | X | X | | $ 18,317.00 |
| Account No: <br> *Creditor # : 16* <br> *F.E. Wheaton* <br> *207 W. Wheaton Avenue* <br> *Yorkville IL 60560* | X | H | *2008* <br> *Possible liability from Corp debt* | X | X | | $ 10,568.47 |

Sheet No. __3__ of __11__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 48,514.47

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael T. McCarthy  and Sheila A. McCarthy_____,   Case No._____
        **Debtor(s)**                                                                          **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 17 <br> Faletto Floorworks <br> 1116 State Street <br> Lemont IL 60439 | X | H | 2007 <br> Possible Guarantee of Corp. debt | X | X | | $ 12,734.00 |
| Account No: <br> Creditor # : 18 <br> FCA Flooring <br> 2852 Ogden <br> Naperville IL 60540 | X | H | 2009 <br> Possible liability from Corp debt | X | X | | $ 3,562.50 |
| Account No:   1152 <br> Creditor # : 19 <br> First Usa,na <br> P.O. Box 15298 <br> Wilmington DE 19850 | | J | 2005-08-01 <br> Credit Card Purchases | | | | $ 11,203.00 |
| Account No:   0432 <br> Creditor # : 20 <br> Fred Stokes <br> 26401 Silverleaf Drive <br> Plainfield IL 60586 | X | J | 09/01/2009 <br> Judgement Creditor <br> Mr. Stokes incorrectly obtained a judgment against the Debtor versus McCarthy Builders, Inc. | | | | $ 0.00 |
| Account No:   0866 <br> Creditor # : 21 <br> Gemb / Nfafca <br> P.O. 981439 <br> El Paso TX 79998 | | H | 2009-10-29 <br> Collection Attempt | | | | $ 5,896.00 |
| Account No:   0866 <br> Representing: <br> Gemb / Nfafca | | | Asset Acceptance LLC <br> P.O. Box 2036 <br> Warren MI 48090 | | | | |

Sheet No.   4   of   11   continuation sheets attached to Schedule of                    Subtotal $   $ 33,395.50
Creditors Holding Unsecured Nonpriority Claims                                           Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Michael T. McCarthy  and Sheila A. McCarthy_____,   Case No._____
　　　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    0088<br>Creditor # : 22<br>Grande Park Community Assoc<br>C/o Encore Real Estate  Co.<br>535 Plainfield Road Ste B<br>Willowbrook IL 60527 | | H | Possible liability from Corp debt | X | | | $ 3,450.50 |
| Account No:<br>Creditor # : 23<br>Great Western Flooring<br>115 E. Ogden Avenue<br>Suite 101<br>Naperville IL 60563 | X | H | 2010<br>Possible liability from Corp debt | X | X | | $ 9,354.63 |
| Account No:<br>Creditor # : 24<br>Guarantee General Store<br>921 E. Roosevelt Road<br>Wheaton IL 60187 | X | H | 2007<br>Possible liability from Corp debt | X | X | | $ 7,845.10 |
| Account No:    2063<br>Creditor # : 25<br>Guerad Kalina & Butkus<br>100 Wet Roosevelt Road<br>Wheaton IL 60187 | X | H | 2009-2010<br>Possible liability from Corp debt | X | X | | $ 1,893.00 |
| Account No:<br>Creditor # : 26<br>Home Tech Mgmt., Inc.<br>1212 C Badger Street<br>Yorkville IL 60560 | X | H | 2007<br>Possible liability from Corp debt | X | X | | $ 4,271.50 |
| Account No:<br>Creditor # : 27<br>Kendall County Collector<br>111 W. Fox Street<br>Yorkville IL 60560 | X | H | 2009<br>Possible liability from Corp debt | X | X | | $ 741.44 |

Sheet No.   5   of    11   continuation sheets attached to Schedule of   　　　　　　　Subtotal $   | $ 27,556.17
Creditors Holding Unsecured Nonpriority Claims   　　　　　　　　　　　　　　　　　　　Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)    - Cont.

In re _Michael T. McCarthy   and Sheila A. McCarthy_____ ,        Case No._____
    **Debtor(s)**                                                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    3335 | | W | 1997-11-08 | | | | $ 370.00 |
| Creditor # : 28 Kohls/chase N56 W 17000 Ridgewood Dr Menomonee Falls WI 53051 | | | Credit Card Purchases | | | | |
| Account No:    3335 | | | | | | | |
| Representing: Kohls/chase | | | Kolh's P.O. Box 3043 Milwaukee WI 53201 | | | | |
| Account No:    3335 | | | | | | | |
| Representing: Kohls/chase | | | Kohl's Law Department N56 W17000 Ridgewood Drive Menomonee Falls WI 53051 | | | | |
| Account No: | X | H | 2009 | X | X | | $ 3,354.81 |
| Creditor # : 29 Light Source Lighting 16114 S. Route 59 Plainfield IL 60586 | | | Possible liability from Corp debt | | | | |
| Account No: | X | H | 2007 | X | X | | $ 9,848.00 |
| Creditor # : 30 M & J Masonry 8 Ottawa Court Oswego IL 60543 | | | Possible liability from Corp debt | | | | |
| Account No: | X | H | 2009 | X | X | | $ 32,855.09 |
| Creditor # : 31 Meyer Design 550 N. Washington Avenue Batavia IL 60510 | | | Possible liability from Corp debt | | | | |

Sheet No.   6  of   11 continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $        $ 46,427.90

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael T. McCarthy  and Sheila A. McCarthy_____ ,   Case No._____
**Debtor(s)**                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 32 <br> *Midwest Stone, Inc.* <br> *10S 371 Normantown Road* <br> *Naperville IL 60564* | X | H | *2009* <br> *Possible liability from Corp debt* | X | X | | $ 1,777.00 |
| Account No: <br> Creditor # : 33 <br> *Midwest Window & Supply* <br> *800 Hicks Drive* <br> *P.O. Box 457* <br> *Elburn IL 60119* | X | H | *Possible liability from Corp debt* | X | | | Unknown |
| Account No: <br> Creditor # : 34 <br> *Minute Man Press* <br> *1577 Naperville /Wheaton Road* <br> *Naperville IL 60563* | X | H | *2007* <br> *Possible liability from Corp debt* | X | X | | $ 539.79 |
| Account No: <br> Creditor # : 35 <br> *National City Bank* <br> *Commercial Services* <br> *P.O. Box 1030* <br> *Oshtemo MI 49077* | X | H | *2010* <br> *Possible liability from Corp debt* | X | X | | Unknown |
| Account No: <br> Creditor # : 36 <br> *Nick & Sophia Spyridakos* <br> *P.O. Box 2087* <br> *Bolingbrook IL 60440* | X | H | *Jan 2010* <br> *Possible liability from Corp debt* <br> *Partial refund request of deposit* <br> *given to Debtor's corporation* | X | | X | $ 2,000.00 |
| Account No:   7170 <br> Creditor # : 37 <br> *Nicor Gas* <br> *1844 Ferry Road* <br> *Naperville IL 60563* | | H | *2002-08-08* <br> *Utility Bills* | | | | $ 1,026.00 |

Sheet No. __7__ of __11__ continuation sheets attached to Schedule of                 Subtotal $         $ 5,342.79
Creditors Holding Unsecured Nonpriority Claims
                                                                                       Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael T. McCarthy   and Sheila A. McCarthy_____ ,   Case No._____
**Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 38 <br> Ohlson Enterprises <br> P.O. 883 <br> Somonauk IL 60552 | X | H | 2010 <br> Possible liability from Corp debt | X | X | | $ 11,605.00 |
| Account No: <br> Creditor # : 39 <br> Premier Exteriors <br> 4210 S. River Road <br> Aurora IL 60506 | X | H | 2008 <br> Possible liability from Corp debt | X | X | | $ 48,725.00 |
| Account No: <br> Creditor # : 40 <br> Residential Designs <br> P.O. Box 945 <br> Plainfield IL 60544 | X | H | 2009 <br> Possible liability from Corp debt | X | X | | $ 22,020.00 |
| Account No: rthy <br> Creditor # : 41 <br> Riverton Custom Cabinetry <br> 22000 Shoolhouse Road <br> New Lenox IL 60451 | X | J | 12/2008 <br> Possible liability from Corp debt | X | | | $ 52,414.00 |
| Account No: 4460 <br> Creditor # : 42 <br> Servicemagic <br> 14023 Denver West Parkway <br> Suite 200 <br> Golden CO 80401 | X | H | Possible liability from Corp debt | X | | | $ 1,966.67 |
| Account No: 4460 <br> Representing: <br> Servicemagic | | | CMI Credit Mediators, Inc. <br> P.O. Box 456 <br> Upper Darby PA 19082 | | | | |

Sheet No. _8_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $ | $ 136,730.67

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael T. McCarthy_ and _Sheila A. McCarthy_ ,      Case No. _____
              **Debtor(s)**                                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   OD93 <br><br> Creditor # : 43 <br> Southbury Master HOA <br> c/o Kovitz Shifrin Nesbit <br> 750 W. Lake Cook Rd #350 <br> Buffalo Grove IL 60089 | X | H | 2009-2010 <br><br> Possible liability from Corp debt | X | | | $ 27,386.00 |
| Account No:   3519 <br><br> Creditor # : 44 <br> St. Charles Closet, Inc. <br> c/o Jay Levy <br> P.O. Box 1181 <br> Evanston IL 60201 | X | H | 2010 <br><br> Possible liability from Corp debt | X | | | $ 2,149.12 |
| Account No: <br><br> Creditor # : 45 <br> Sundance Concrete Corp. <br> 806 Gamble Drive <br> Lisle IL 60532 | X | H | 2007 <br><br> Possible liability from Corp debt | X | X | | $ 35,841.00 |
| Account No: <br><br> Creditor # : 46 <br> Supreme Tile <br> 1999 Buck Tail Lane <br> Suite 3 <br> Sugar Grove IL 60554 | X | H | 2008 <br><br> Possible liability from Corp debt | X | X | | $ 12,610.00 |
| Account No:   5631 <br><br> Creditor # : 47 <br> The Chapman Company <br> c/o Edgerton & Edgerton <br> 125 Wood St. P.O. Box 218 <br> West Chicago IL 60186 | X | H | 3/2010 <br><br> Possible liability from Corp debt | X | | | $ 2,813.00 |
| Account No:   8831 <br><br> Creditor # : 48 <br> Us Dept Of Education <br> P.O. Box 5609 <br> Greenville TX 75403 | | H | 2008-09-15 <br><br> Student Loan | | | | $ 14,071.00 |

Sheet No. _9_ of _11_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 94,870.12

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael T. McCarthy   and Sheila A. McCarthy_____,   Case No._____
        **Debtor(s)**   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8832<br>Creditor # : 49<br>Us Dept Of Education<br>P.O. Box 5609<br>Greenville TX 75403 | | H | 2009-09-04<br>Student Loan | | | | $ 15,800.00 |
| Account No:<br>Creditor # : 50<br>Value City<br>P.O. Box 659074<br>San Antonio TX 78265 | X | H | 2007<br>Possible liability from Corp debt | X | X | | $ 2,296.08 |
| Account No:<br>Creditor # : 51<br>Village of Lisle<br>1040 Burlington Ave<br>Lisle IL 60532 | X | H | 2002<br>Possible liability from Corp debt | X | X | | $ 6,000.00 |
| Account No:<br>Creditor # : 52<br>Village of Oswego<br>100 Parkers Mill<br>Oswego IL 60543 | X | H | Municiple code violation | | | X | Unknown |
| Account No:<br>Representing:<br>Village of Oswego | | | Illinois Collection Serv, Inc.<br>P. O. Box 1010<br>Tinley Park IL 60477-9110 | | | | |
| Account No:<br>Creditor # : 53<br>Village of Plainfield<br>24000 W. Lockport Street<br>Plainfield IL 60544 | X | H | 2007<br>Possible liability from Corp debt | X | X | | $ 380.32 |

Sheet No. __10__ of ___11___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     $ 24,476.40

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael T. McCarthy   and Sheila A. McCarthy_____ ,        Case No._____
              **Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   2022 *Creditor # : 54* *Wfnnb/valucityroomstod* *P.O. Box 182303* *Columbus OH 43218* | | H | 2007-01-19 *Credit Card Purchases* | | | | $ 3,365.00 |
| Account No:   2517 *Creditor # : 55* *Wheaton Bank* *Loan Department* *211 South Wheaton Avenue* *Wheaton IL 60187* | | H | 2009 *Possible liability from Corp debt* | X | | | *Unknown* |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |
| Account No: | | | | | | | |

Sheet No. _11_ of ___11___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | **Subtotal $** | $ 3,365.00 |
|---|---|---|
|  | **Total $** | $ 542,329.94 |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re  *Michael T. McCarthy   and Sheila A. McCarthy* _____ / Debtor     Case No. _____

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☒ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re _Michael T. McCarthy  and Sheila A. McCarthy_ _____ / Debtor     Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| McCarthy Builders. Inc.<br>P.O. Box 3077<br>Lisle IL  60532 | Alexander Lumber Co.<br>515 Redwood Drive<br>Aurora IL  60506<br><br>Any Time Heating & A/C<br>c/o Hoscheit McGuirk, et al.<br>1001 East Main St. Ste G<br>Saint Charles IL  60174<br><br>Arron & Elise Reible<br>c/o Patrick W. Walsh<br>625 Plainfield Rd. #330<br>Willowbrook IL  60527<br><br>AT&T Mobility<br>P.O. Box 6428<br>Carol Stream IL  60197<br><br>BlueCross BlueShield of IL<br>300 East Randolph<br>Chicago IL  60601<br><br>Bradley Enterprises<br>4050A Wolf's Crossing<br>Oswego IL  60543<br><br>Byron Jones<br>2254 Hudson Circle<br>Aurora IL  60504<br><br>Donegal Excavation<br>4240 Lacey Road<br>Downers Grove IL  60515<br><br>Energy Savings Insulation, Inc<br>6817 Hobson Valley Drive<br>Unit 112<br>Woodridge IL  60517 |

B6H (Official Form 6H) (12/07)

In re _Michael T. McCarthy_  _and Sheila A. McCarthy_ _____ / Debtor      Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| _McCarthy Builders. Inc....continued_ | _Esser Hayes_<br>_P.O. Box 2830_<br>_Naperville IL   60567_<br><br>_F.E. Wheaton_<br>_207 W. Wheaton Avenue_<br>_Yorkville IL   60560_<br><br>_Faletto Floorworks_<br>_1116 State Street_<br>_Lemont IL   60439_<br><br>_FCA Flooring_<br>_2852 Ogden_<br>_Naperville IL   60540_<br><br>_Fred Stokes_<br>_26401 Silverleaf Drive_<br>_Plainfield IL   60586_<br><br>_Great Western Flooring_<br>_115 E. Ogden Avenue_<br>_Suite 101_<br>_Naperville IL   60563_<br><br>_Guarantee General Store_<br>_921 E. Roosevelt Road_<br>_Wheaton IL   60187_<br><br>_Guerad Kalina & Butkus_<br>_100 Wet Roosevelt Road_<br>_Wheaton IL   60187_<br><br>_Home Tech Mgmt., Inc._<br>_1212 C Badger Street_<br>_Yorkville IL   60560_<br><br>_Internal Revenue Service_<br>_District Director_<br>_P.O. Box 745_<br>_Chicago IL   60690_<br><br>_Kendall County Collector_<br>_111 W. Fox Street_<br>_Yorkville IL   60560_ |

B6H (Official Form 6H) (12/07)

In re _Michael T. McCarthy   and Sheila A. McCarthy_____ / Debtor          Case No. _____

                                                                                                (if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| | *Light Source Lighting*<br>*16114 S. Route 59*<br>*Plainfield IL   60586* |
| *McCarthy Builders. Inc....continued* | *M & J Masonry*<br>*8 Ottawa Court*<br>*Oswego IL   60543* |
| | *Meyer Design*<br>*550 N. Washington Avenue*<br>*Batavia IL   60510* |
| | *Midwest Stone, Inc.*<br>*10S 371 Normantown Road*<br>*Naperville IL   60564* |
| | *Midwest Window & Supply*<br>*800 Hicks Drive*<br>*P.O. Box 457*<br>*Elburn IL   60119* |
| | *Minute Man Press*<br>*1577 Naperville /Wheaton Road*<br>*Naperville IL   60563* |
| | *National City Bank*<br>*Commercial Services*<br>*P.O. Box 1030*<br>*Oshtemo MI   49077* |
| | *Nick & Sophia Spyridakos*<br>*P.O. Box 2087*<br>*Bolingbrook IL   60440* |
| | *Ohlson Enterprises*<br>*P.O. 883*<br>*Somonauk IL   60552* |
| | *Premier Exteriors*<br>*4210 S. River Road*<br>*Aurora IL   60506* |
| | *Residential Designs*<br>*P.O. Box 945*<br>*Plainfield IL   60544* |

B6H (Official Form 6H) (12/07)

In re _Michael T. McCarthy  and Sheila A. McCarthy_____ / Debtor       Case No. _____

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *McCarthy Builders. Inc....continued* | *Riverton Custom Cabinetry*<br>*22000 Shoolhouse Road*<br>*New Lenox IL  60451*<br><br>*Servicemagic*<br>*14023 Denver West Parkway*<br>*Suite 200*<br>*Golden CO  80401*<br><br>*Southbury Master HOA*<br>*c/o Kovitz Shifrin Nesbit*<br>*750 W. Lake Cook Rd #350*<br>*Buffalo Grove IL  60089*<br><br>*St. Charles Closet, Inc.*<br>*c/o Jay Levy*<br>*P.O. Box 1181*<br>*Evanston IL  60201*<br><br>*Sundance Concrete Corp.*<br>*806 Gamble Drive*<br>*Lisle IL  60532*<br><br>*Supreme Tile*<br>*1999 Buck Tail Lane*<br>*Suite 3*<br>*Sugar Grove IL  60554*<br><br>*The Chapman Company*<br>*c/o Edgerton & Edgerton*<br>*125 Wood St. P.O. Box 218*<br>*West Chicago IL  60186*<br><br>*Tracy Giinac*<br>*2027 Canyon Creek Drive*<br>*Aurora IL  60503*<br><br>*Value City*<br>*P.O. Box 659074*<br>*San Antonio TX  78265*<br><br>*Village of Lisle*<br>*1040 Burlington Ave*<br>*Lisle IL  60532* |

B6H (Official Form 6H) (12/07)

In re _Michael T. McCarthy   and Sheila A. McCarthy_____ / Debtor      Case No. _____
(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *McCarthy Builders. Inc....continued* | *Village of Oswego*<br>*100 Parkers Mill*<br>*Oswego IL  60543*<br><br>*Village of Plainfield*<br>*24000 W. Lockport Street*<br>*Plainfield IL  60544* |

B6I (Official Form 6I) (12/07)

In re _Michael T. McCarthy_  and _Sheila A. McCarthy_ _____ ,    Case No. _____
                          **Debtor(s)**                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| _Married_ | RELATIONSHIP(S): _Son_ _Son_ | AGE(S): _19_ _16_ |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | _Substitute Teacher_ |
| Name of Employer | _Countryview Medical Center_ | _Lisle Community Unit School_ |
| How Long Employed | _3 months_ | |
| Address of Employer | _1751 S. Naperville Road_ _Suite 107_ _Wheaton IL  60187_ | _5221 Center Avenue_ _Lisle IL  60532_ |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $  _4,800.00_ | $  0.00 |
| 2. Estimate monthly overtime | $  _0.00_ | $  0.00 |
| 3. SUBTOTAL | $  _4,800.00_ | $  0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $  _937.96_ | $  0.00 |
| b. Insurance | $  _0.00_ | $  0.00 |
| c. Union dues | $  _0.00_ | $  0.00 |
| d. Other  (Specify): | $  _0.00_ | $  0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $  _937.96_ | $  0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $  _3,862.04_ | $  0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $  _0.00_ | $  0.00 |
| 8. Income from real property | $  _0.00_ | $  0.00 |
| 9. Interest and dividends | $  _0.00_ | $  0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $  _0.00_ | $  0.00 |
| 11. Social security or government assistance (Specify): | $  _0.00_ | $  0.00 |
| 12. Pension or retirement income | $  _0.00_ | $  0.00 |
| 13. Other monthly income (Specify): | $  _0.00_ | $  0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $  _0.00_ | $  0.00 |
| 15. AVERAGE MONTHLY INCOME    (Add amounts shown on lines 6 and 14) | $  _3,862.04_ | $  0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:    (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $  _3,862.04_ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J(Official Form 6J)(12/07)

In re _Michael T. McCarthy  and Sheila A. McCarthy_____ ,

Case No. _____

**Debtor(s)**

(if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,839.00 |
|     a. Are real estate taxes included?  Yes ☐  No ☒ | | |
|     b. Is property insurance included?  Yes ☐  No ☒ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 230.00 |
|     b. Water and sewer | $ | 35.00 |
|     c. Telephone | $ | 255.00 |
|     d. Other  _Cable t.v./Internet_ | $ | 100.00 |
|     Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 20.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 0.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 20.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 147.00 |
|     b. Life | $ | 50.00 |
|     c. Health | $ | 298.00 |
|     d. Auto | $ | 412.00 |
|     e. Other | $ | 0.00 |
|     Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify)  **Real estate taxes** | $ | 1,500.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 298.00 |
|     b. Other: _Second mortgage_ | $ | 300.00 |
|     c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
|     Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 6,804.00 |
|     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 16 of Schedule I | $ | 3,862.04 |
|     b. Average monthly expenses from Line 18 above | $ | 6,804.00 |
|     c. Monthly net income (a. minus b.) | $ | (2,941.96) |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DIVISION

In re **Michael T. McCarthy   and Sheila A. McCarthy**

Case No.

Chapter   **7**

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $      650,000.00 | | |
| B-Personal Property | *Yes* | *4* | $       56,276.00 | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      874,065.00 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *3* | | $       31,408.00 | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *12* | | $      542,329.94 | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *5* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $        3,862.04 |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $        6,804.00 |
| TOTAL | | *32* | $      706,276.00 | $    1,447,802.94 | |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *Michael T. McCarthy* and *Sheila A. McCarthy*   Case No.

Chapter   **7**

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 29,871.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| **TOTAL** | $ 29,871.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 3,862.04 |
| Average Expenses (from Schedule J, Line 18) | $ 6,804.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ 0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 219,440.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ 11,725.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 19,683.00 |
| 4. Total from Schedule F | | $ 542,329.94 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 781,452.94 |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re _Michael T. McCarthy   and Sheila A. McCarthy_____      Case No. _____
                              Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___33___ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _7/29/2010_____          Signature _/s/ Michael T. McCarthy_____
                                                    **Michael T. McCarthy**

Date: _7/29/2010_____          Signature _/s/ Sheila A. McCarthy_____
                                                    **Sheila A. McCarthy**

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## NORTHERN DIVISION

In re: **Michael T. McCarthy**                                    Case No.
 **dba McCarthy Builders, Inc.**
 **and**
 **Sheila A. McCarthy**

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None
☐
State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

**Year to date:**                          **Wages**
  **Last Year: $23,263**
**Year before: $49,476**

---

**Year to date:**                          **Operation of Business**
  **Last Year: ($100,530)**
**Year before $11,802**

---

### 2. Income other than from employment or operation of business

None
☐
State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and

a joint petition is not filed.)

AMOUNT                    SOURCE

*Year to date:*           *Capital Gains*
   *Last Year: $49,439*
*Year before: $88,663*

---

### 3. Payments to creditors

None ☒  Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒  b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

---

None ☒  c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Fred L. Stokes v. Mike McCarthy, McCarthy Builders, Inc., 2009 SC 432* | *Warranty Claim/ Punch List on new construction* | *Circuit Court for the Sixteenth Judicial Circuit, Kendall County, Illinois* | *Judgment in favor of Plaintiff in the amount of $7,753* |
| *Bank of America, N.A. v. Michael T. McCarthy, Sheila A. McCarthy, et al, 2010 CH 003941* | *Foreclosure* | *Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois* | *Pending* |
| *Citibank (South Dakota) v.Sheila* | *Collection Action* | *Circuit Court for the Eighteenth* | *Pending* |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *McCarthy, 2010 AR 2395* | | *Judicial Circuit, DuPage County, Illinois* | |

---

None ☒   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 5. Repossessions, foreclosures and returns

None ☒   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 6. Assignments and receiverships

None ☒   a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 7. Gifts

None ☒   List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 8. Losses

None ☒   List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: James Schelli, Jr.* *Address:* | *Date of Payment: 05/20/2010* *Payor: Michael T. McCarthy* | *$1,500.00* |

Statement of Affairs - Page 3

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR<br>DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*1730 Park Street, Suite 220*
*Naperville, IL 60563*

---

### 10. Other transfers

None
☒

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None
☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

### 11. Closed financial accounts

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 12. Safe deposit boxes

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 13. Setoffs

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

### 14. Property held for another person

None
☒

List all property owned by another person that the debtor holds or controls.

---

### 15. Prior address of debtor

None
☒

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

## 16. Spouses and Former Spouses

None ☒    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

None ☒    For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar termunder an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☒    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses    in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

None ☒    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.


Date  *8/24/2010*                     Signature  */s/ Michael T. McCarthy*
                                      of Debtor


Date  *8/24/2010*                     Signature  */s/ Sheila A. McCarthy*
                                      of Joint Debtor
                                      (if any)

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *Michael T. McCarthy  and Sheila A. McCarthy*

Case No.
Chapter  7

_____ / Debtor

# CHAPTER 7 STATEMENT OF INTENTION

**Part A -** Debts Secured by property of the estate. (Part A must be completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)

Property No.  *1*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Bac Home Loans Servicing* | *Personal residence built in 2002 by McCarthy Builders.* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt      ☐ Not claimed as exempt

Property No.  *2*

| **Creditor's Name :** | **Describe Property Securing Debt :** |
|---|---|
| *Bank Of America* | *Personal residence built in 2002 by McCarthy Builders.* |

Property will be (check one) :

☐ Surrendered      ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____  (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt      ☐ Not claimed as exempt

Property No. *3*

**Creditor's Name :**

*Ford Credit*

**Describe Property Securing Debt :**

*2004 Ford Expedition with 140,000 miles in fair condition*

Property will be (check one) :

☐ Surrendered    ☒ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☐ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☒ Claimed as exempt    ☐ Not claimed as exempt

Property No. *4*

**Creditor's Name :**

*Us Dept Of Education*

**Describe Property Securing Debt :**

*None*

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

Property No. *5*

**Creditor's Name :**

*Us Dept Of Education*

**Describe Property Securing Debt :**

*None*

Property will be (check one) :

☐ Surrendered    ☐ Retained

If retaining the property, I intend to (check at least one) :

☐ Redeem the property

☒ Reaffirm the debt

☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C § 522 (f)).

Property is (check one) :

☐ Claimed as exempt    ☐ Not claimed as exempt

**Part B -**  Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach
additional pages if necessary.)

| Property No. | | |
|---|---|---|
| **Lessor's Name:**<br><br>*None* | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>☐ Yes    ☐ No |

## Signature of Debtor(s)

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt
and/or personal property subject to an unexpired lease.

Date:  _8/24/2010_____        Debtor:  _/s/ Michael T. McCarthy_____

Date:  _8/24/2010_____        Joint Debtor:  _/s/ Sheila A. McCarthy_____

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *Michael T. McCarthy*
      *dba McCarthy Builders, Inc.*
      *and*
      *Sheila A. McCarthy*

Case No.

Chapter  *7*

_____ / Debtor

Attorney for Debtor:   *James Schelli, Jr.*


## VERIFICATION OF CREDITOR MATRIX


The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of our knowledge.


Date: _____

*/s/ Michael T. McCarthy* _____

Debtor


*/s/ Sheila A. McCarthy* _____

Joint Debtor

Alexander Lumber Co.
515 Redwood Drive
Aurora, IL  60506

Bank Of America
4161 Piedmont Pkwy
Greensboro, NC  27410

Citi
P.O. Box 6241
Sioux Falls, SD  57117


Any Time Heating & A/C
c/o Hoscheit McGuirk, et al
1001 East Main St. Ste G
Saint Charles, IL  60174

Blatt, Hasenmiller, et al.
125 South Wacker Dr. #400
Chicago, IL  60606

Citi
Box 6000
The Lakes, NV  89163-6000


Arron & Elise Reible
c/o Patrick W. Walsh
625 Plainfield Rd. #330
Willowbrook, IL  60527

BlueCross BlueShield of IL
300 East Randolph
Chicago, IL  60601

CMI Credit Mediators, Inc.
P.O. Box 456
Upper Darby, PA  19082


Asset Acceptance LLC
P.O. Box 2036
Warren, MI  48090

Bradley Enterprises
4050A Wolf's Crossing
Oswego, IL  60543

Donegal Excavation
4240 Lacey Road
Downers Grove, IL  60515


AT&T
P.O. Box 9001310
Louisville, KY  40290

Byron Jones
2254 Hudson Circle
Aurora, IL  60504

Energy Savings Insulation,
6817 Hobson Valley Drive
Unit 112
Woodridge, IL  60517


AT&T Mobility
P.O. Box 6428
Carol Stream, IL  60197

Capital One Healthcare Fina
P.O. Box 30273
Salt Lake City, UT  84130

Esser Hayes
P.O. Box 2830
Naperville, IL  60567


Autumn Green Landscaping
39W124 Keslinger Road
Geneva, IL  60134

Capital One Services, LLC
P.O. Box 85619
Richmond, VA  23285

F.E. Wheaton
207 W. Wheaton Avenue
Yorkville, IL  60560


Bac Home Loans Servicing
450 American St
Simi Valley, CA  93065

Capital One, N.A.
2730 Liberty Ave
Pittsburgh, PA  15222

Faletto Floorworks
1116 State Street
Lemont, IL  60439


Bank of America
P.O. Box 21848
Greensboro, NC  27420

Chase MasterCard
P.O. Box 15153
Wilmington, DE  19886

FCA Flooring
2852 Ogden
Naperville, IL  60540

First Usa,na
P.O. Box 15298
Wilmington, DE   19850

Hoscheit McGuirk et al.
1001 East Maint Street
Suite G
Saint Charles, IL   60174

Kohls/chase
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI   53051

Ford Credit
P.O. Box 542000
Omaha, NE   68154

Illinois Collection Serv, I
P. O. Box 1010
Tinley Park, IL   60477-9110

Kolh's
P.O. Box 3043
Milwaukee, WI   53201

Fred Stokes
26401 Silverleaf Drive
Plainfield, IL   60586

Illinois Department of Labo
160 North LaSalle
Suite C-1300
Chicago, IL   60601

Light Source Lighting
16114 S. Route 59
Plainfield, IL   60586

Gemb / Nfafca
P.O. 981439
El Paso, TX   79998

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA   19114

M & J Masonry
8 Ottawa Court
Oswego, IL   60543

Grande Park Community Assoc
C/o Encore Real Estate  Co.
535 Plainfield Road Ste B
Willowbrook, IL   60527

Internal Revenue Service
District Director
P.O. Box 745
Chicago, IL   60690

McCarthy Builders. Inc.
P.O. Box 3077
Lisle, IL   60532

Great Western Flooring
115 E. Ogden Avenue
Suite 101
Naperville, IL   60563

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL   60604

Michael T. McCarthy
2003 Hitchcock Ave
Lisle, IL   60532

Guarantee General Store
921 E. Roosevelt Road
Wheaton, IL   60187

James Schelli, Jr.
1730 Park Street, Suite 220
Naperville, IL   60563

Sheila A. McCarthy
2003 Hitchcock Ave
Lisle, IL   60532

Guerad Kalina & Butkus
100 Wet Rooosevelt Road
Wheaton, IL   60187

Kendall County Collector
111 W. Fox Street
Yorkville, IL   60560

Meyer Design
550 N. Washington Avenue
Batavia, IL   60510

Home Tech Mgmt., Inc.
1212 C Badger Street
Yorkville, IL   60560

Kohl's
Law Department
N56 W17000 Ridgewood Drive
Menomonee Falls, WI   53051

Midwest Stone, Inc.
10S 371 Normantown Road
Naperville, IL   60564

Midwest Window & Supply
800 Hicks Drive
P.O. Box 457
Elburn, IL   60119

Minute Man Press
1577 Naperville /Wheaton Roa
Naperville, IL   60563

Mr William Neary
219 South Dearborn Street
Room 873
Chicago, IL   60604

National City Bank
Commercial Services
P.O. Box 1030
Oshtemo, MI   49077

Nick & Sophia Spyridakos
P.O. Box 2087
Bolingbrook, IL   60440

Nicor Gas
1844 Ferry Road
Naperville, IL   60563

Noonan & Lieberman
Suite 1100
105 W. Adams
Chicago, IL   60603

Office of The Attorney Gene:
Attn: Sandy Sobenes
100 West Randolph Street
Chicago, IL   60601

Ohlson Enterprises
P.O. 883
Somonauk, IL   60552

Premier Exteriors
4210 S. River Road
Aurora, IL   60506

Residential Designs
P.O. Box 945
Plainfield, IL   60544

Riverton Custom Cabinetry
22000 Shoolhouse Road
New Lenox, IL   60451

Servicemagic
14023 Denver West Parkway
Suite 200
Golden, CO   80401

Southbury Master HOA
c/o Kovitz Shifrin Nesbit
750 W. Lake Cook Rd #350
Buffalo Grove, IL   60089

St. Charles Closet, Inc.
c/o Jay Levy
P.O. Box 1181
Evanston, IL   60201

Sundance Concrete Corp.
806 Gamble Drive
Lisle, IL   60532

Supreme Tile
1999 Buck Tail Lane
Suite 3
Sugar Grove, IL   60554

The Chapman Company
c/o Edgerton & Edgerton
125 Wood St. P.O. Box 218
West Chicago, IL   60186

Tracy Giinac
2027 Canyon Creek Drive
Aurora, IL   60503

Us Dept Of Education
P.O. Box 5609
Greenville, TX   75403

Value City
P.O. Box 659074
San Antonio, TX   78265

Village of Lisle
1040 Burlington Ave
Lisle, IL   60532

Village of Oswego
100 Parkers Mill
Oswego, IL   60543

Village of Plainfield
24000 W. Lockport Street
Plainfield, IL   60544

Wfnnb/valucityroomstod
P.O. Box 182303
Columbus, OH   43218

Wheaton Bank
Loan Department
211 South Wheaton Avenue
Wheaton, IL   60187

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# NORTHERN DIVISION

In re *Michael T. McCarthy*
　　*dba McCarthy Builders, Inc.*
　　　*and*
　　*Sheila A. McCarthy*

Case No.
Chapter  *7*

_____ / Debtor

Attorney for Debtor:*James Schelli, Jr.*

## PETITIONER'S AFFIDAVIT

Petitioner has not had a case pending under Title 11 at any time in the preceding 180 days where:

1)　the case was dismissed by the Court for willful failure of the debtor to abide by orders of the Court, or to appear before the Court in proper prosecution of the case; or

2)　the petitioner requested and obtained the voluntary dismissal of the case following the filing of a request for relief from the automatic stay provided by Section 362 of Title 11.

Under penalty of perjury, I declare I have read this statement and to the best of my knowledge and belief it is true.

Dated: _____

*/s/ Michael T. McCarthy* _____
　　　　　　　　　　　　　Signature of Petitioner

*/s/ Sheila A. McCarthy* _____
　　　　　　　　　　　　Signature of Joint Petitioner